UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES HUFF, *et al.*, ) | |
| ) | |
| Plaintiffs ) | |
| ) | No. 3:14-1832 |
| v. ) | Judge Campbell/Bryant |
| ) | **Jury Demand** |
| TELECHECK SERVICES, INC., et al., ) | |
| ) | |
| Defendants ) | |

## O R D E R

The District Judge has granted the parties' joint motion to continue trial and has referred the case to the undersigned Magistrate Judge for entry of a revised scheduling order.

Counsel are directed to confer and to file by **April 4, 2016**, a proposed revised case management order containing pretrial deadlines consistent with the new trial date of **April 11, 2017**.

It is so **ORDERED**.

/s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge